425 A.2d 6

Commonwealth v. Durkin, Appellant.

Submitted April 12, 1979.  William J. Hain, for appellant;  Lynette D. Lang, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Order affirmed.

425 A.2d 7

Commonwealth v. Evans, Appellant.

Argued June 25, 1979.  William L. Kinsley, for appellant;  Franklin Noel, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, ROBINSON and LOUIK, JJ.*

Judgments of sentence affirmed.

* President Judge Otto P. Robinson of the Court of Common Pleas of Lackawanna County, Pennsylvania, and Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, are sitting by designation.  This decision was reached following the death of Robinson, J.